









## Application Form of AdvantHealth STM

### DECLARATION AND UNDERSTANDING

1. I understand that benefits are provided under a group insurance policy underwritten by American Financial Security Life Insurance Company.

2. I understand that short term health insurance is not a substitute for comprehensive major medical insurance.

3. I understand that benefits are subject to exclusions, limitations and conditions of coverage which include, but are not limited to, an exclusion for pre-existing conditions. Coverage being applied for has a maximum benefit amount per coverage period and separate maximum benefit amounts for inpatient hospital, surgical, outpatient miscellaneous and certain other covered expenses.

4. I understand that any material misstatement or omission of information made on this form will be considered a misrepresentation and may be the basis for later rescission of my coverage and that of my dependents. In the event of rescission, the Insurer will refund premiums received for any coverage rescinded; however the Insurer will subtract total claim payments for the persons rescinded from this premium refund. If the insurer has paid claims in excess of the amount of premium received, the Insurer has the right to obtain a refund from me.

5. I declare that all statements contained in this Application are true and correct and that no information has been withheld or omitted concerning the past or present state of health about me or my named dependents. I understand that the above answers shall be the basis for the Insurer to issue coverage under the Group Policy.

By signing below I indicate my desire to enroll under a Short Term Medical Group Insurance Policy issued by American Financial Security Life Insurance Company.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit, or knowingly presents false information in an application for insurance may be guilty of a crime and subject to fines, confinement in prison and/or denial of insurance benefits.

Fraud Warning for Arkansas: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

FRAUD WARNING FOR NEW MEXICO: ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

FRAUD WARNING FOR OKLAHOMA: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claims for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

This coverage is not required to comply with certain federal market requirements contained in the Affordable Care Act. Be





