AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | ) |
|---|---|
| ROBERT HOSSFELD, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19CV60597 |
| AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, et al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY
c/o CT CORPORATION SYSTEM (REGISTERED AGENT)
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

Date: Mar 6, 2019

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | ) |
|---|---|
| ROBERT HOSSFELD, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19CV60597 |
| AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, et al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BLAKE FISHMAN
1550 NW 49TH LANE
BOCA RATON, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Mar 6, 2019

SUMMONS

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ROBERT HOSSFELD, et al.,

*Plaintiff(s)*

v.  Civil Action No. 19CV60597

AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

FEDERAL INSURANCE COMPANY
c/o CT CORPORATION SYSTEM (REGISTERED AGENT)
150 WEST MARKET STREET, SUITE 800
INDIANAPOLIS, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 6, 2019



Angela E. Noble
Clerk of Court

SUMMONS

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ROBERT HOSSFELD, et al.,

*Plaintiff(s)*

v.   Civil Action No. 19CV60597

AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
HEALTH ADVISORS OF AMERICA
c/o MICHAEL T. SMITH (REGISTERED AGENT)
8140 NW 51 PLACE
CORAL SPRINGS, FL 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 6, 2019



Angela E. Noble
Clerk of Court

SUMMONS

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ROBERT HOSSFELD, et al.,

*Plaintiff(s)*

v.

Civil Action No. 19CV60597

AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, et al.,

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

HEALTH INSURANCE INNOVATIONS, INC.
c/o CORPORATION SERVICE COMPANY (REGISTERED AGENT)
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 6, 2019



Angela E. Noble
Clerk of Court

SUMMONS

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ROBERT HOSSFELD, et al.,

*Plaintiff(s)*

v.   Civil Action No. 19CV60597

AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, et al.,

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MED-SENSE GUARANTEED ASSOCIATION
THE CORPORATION TRUST COMPANY (REGISTERED AGENT)
THE TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 6, 2019

Angela E. Noble
Clerk of Court



SUMMONS

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ROBERT HOSSFELD, et al.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, et al.,<br><br>*Defendant(s)* | Civil Action No. 19CV60597 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MICHAEL T. SMITH
8140 NW 51 PLACE
CORAL SPRINGS, FL 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 6, 2019



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ROBERT HOSSFELD, et al.,

*Plaintiff(s)*

v.

Civil Action No. 19CV60597

AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, et al.,

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

NATIONAL CONGRESS OF EMPLOYERS, INC.
NATIONAL REGISTERED AGENTS, INC. (REGISTERED AGENT)
160 GREENTREE DR STE 101
DOVER, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 6, 2019



Angela E. Noble
Clerk of Court

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ROBERT HOSSFELD, et al.,

*Plaintiff(s)*

v.   Civil Action No. 19CV60597

AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, et al.,

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SUPREME HEALTH GROUP, INC.
BLAKE FISHMAN (REGISTERED AGENT)
1550 NW 49TH LANE
BOCA RATON, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 6, 2019

Angela E. Noble
Clerk of Court



SUMMONS

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ROBERT HOSSFELD, et al.,

*Plaintiff(s)*

v.   Civil Action No. 19CV60597

AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ZACHARY COX
8140 NW 51 PLACE
CORAL SPRINGS, FL 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 6, 2019



Angela E. Noble
Clerk of Court

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

SUMMONS