UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60597-CIV-GAYLES/MCALILEY

ROBERT HOSSFELD, individually and
on behalf of others similarly situated,

    Plaintiff,

vs.

AMERICAN FINANCIAL SECURITY
LIFE INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

## ORDER STRIKING MOTIONS TO DISMISS

This matter is before the Court *sua sponte*. On March 8, 2019, the Honorable Darrin P. Gayles entered a Notice of Court Practice advising the parties that, unless the Court otherwise specifies, "**[m]ultiple Plaintiffs or Defendants shall file joint motions with co-parties unless there are clear conflicts of position.** If conflicts of position exist, parties shall explain the conflicts in their separate motions." (ECF No. 4) (emphasis in original). The Notice further advises the parties that "[f]ailure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the striking of the motion or dismissal of the action." (*Id.*) (emphasis in original).

Yesterday, Defendants Med-Sense Guaranteed Association and American Financial Security Life Insurance Company each filed a Motion to Dismiss the Complaint, which Judge Gayles referred to me. (ECF Nos. 32, 37, 39). Neither Motion states that these parties

1

have a clear conflict of position, or offer any justification for filing their motions separately. Accordingly, Med-Sense's Motion to Dismiss (ECF No. 37) and American Financial's Motion to Dismiss (ECF No. 39) are hereby **STRICKEN** for failure to comply with the Notice of Court Practice.

**No later than April 26, 2019**, Defendants Med-Sense and American Financial may re-file a motion to dismiss that complies with the Notice of Court Practice. Any other defendant who intends to file a motion to dismiss should promptly meet and confer with counsel for Med-Sense and American Financial so that its response complies with the Notice of Court Practice.

DONE and ORDERED in chambers at Miami, Florida this 17th day of April, 2019.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Darrin P. Gayles
    Counsel of Record