### RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of SOUTHERN | District Court |

Case Number: 19CV60597

Plaintiff:
**ROBERT HOSSFELD, ET AL.,**

vs.

Defendant:
**AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, ET AL.,**

For:
Scott D. Owens
Law Office of Scott D. Owens, Esq.
3800 S. Ocean Dr.
#235
Hollywood, FL 33019

Received by Caplan, Caplan & Caplan Process Servers on the 30th day of May, 2019 at 4:30 pm to be served on **RX HELPLINE, LLC ROBERT, GREGG, 7551 WILES ROAD, STE 106, CORAL SPRINGS, FL 33067**.

I, **DAN ACKERMAN**, do hereby affirm that on the **31st day of May, 2019** at **11:00 am, I:**

CORPORATE-R.A.EMPLOYEE, served a Corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED CLASS ACTION COMPLAINT AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **MARK LONGARO** as **EMPLOYEE** for **RX HELPLINE, LLC**, at the address of: **7551 WILES ROAD, STE 106, CORAL SPRINGS, FL 33067**, and informed said person of the contents therein, in compliance with F.S. 48.081(3) (A). Registered agent failed to be available between the statutory hours of 10AM- 12PM. (3)(a) As an alternative to all of the foregoing, process may be served on the agent designated by the corporation under s. 48.091. However, if service cannot be made on a registered agent because of failure to comply with s. 48.091, service of process shall be permitted on any employee at the corporation's principal place of business or on any employee of the registered agent. A person attempting to serve process pursuant to this paragraph may serve the process on any employee of the registered agent during the first attempt at service even if the registered agent is temporarily absent from his or her office. Every corporation shall keep the registered office open from 10 a.m. to 12 noon each day except Saturdays, Sundays, and legal holidays, and shall keep one or more registered agents on whom process may be served at the office during these hours. The corporation shall keep a sign posted in the office in some conspicuous place designating the name of the corporation and the name of its registered agent on whom process may be served.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746,  no notary is required.

**DAN ACKERMAN**
362

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2019018625
Service Fee: _____

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n