UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-60597-RAR

**ROBERT HOSSFELD**, individually
and on behalf of others similarly situated,

    Plaintiff,

v.

**AMERICAN FINANCIAL SECURITY
LIFE INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, HEALTH
INSURANCE INNOVATIONS, INC.,
SUPREME HEALTH GROUP INC.,
BLAKE FISHMAN, MED-SENSE
GAURANTEED ASSOCIATION,
NATIONAL CONGRESS OF EMPLOYERS
INC., NATIONALBENEFIT BUILDERS INC.,
HEALTH ADVISORS OF AMERICA INC.,
MICHAEL SMITH and ZACHARY COX,**

    Defendants.
_____/

## ORDER STRIKING AMENDED COMPLAINT

**THIS CAUSE** comes before the Court upon Plaintiff's Amended Complaint, filed May 29, 2019 [ECF No. 67].  Federal Rule of Civil Procedure 15 provides "[a] party may amend its pleading once as a matter of course within . . . 21 days after serving it." Fed. R. Civ. P. 15(a)(1)(A). Otherwise, "a party may amend its pleading only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  Plaintiff's Amended Complaint does not indicate Defendants consented to the amended pleading, and the Court did not grant leave to file an amended pleading.  Therefore, it is

**ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint **[ECF No. 67]** is **STRICKEN**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of June, 2019.

_____

**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**