UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-60597-RAR

**ROBERT HOSSFELD**, individually
**and on behalf of others similarly situated,**

    Plaintiff,

v.

**AMERICAN FINANCIAL SECURITY
LIFE INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, HEALTH
INSURANCE INNOVATIONS, INC.,
SUPREME HEALTH GROUP INC.,
BLAKE FISHMAN, MED-SENSE
GAURANTEED ASSOCIATION,
NATIONAL CONGRESS OF EMPLOYERS
INC., NATIONALBENEFIT BUILDERS INC.,
HEALTH ADVISORS OF AMERICA INC.,
MICHAEL SMITH and ZACHARY COX,**

    Defendants.
_____/

## ORDER DENYING MOTIONS

**THIS CAUSE** comes before the Court upon Defendants' Joint Motion to Dismiss [ECF No. 57] and Joint Motion to Stay [ECF No. 17], filed on May 1, 2019 and May 17, 2019, respectively. The Motion to Dismiss seeks dismissal of the Complaint filed on March 6, 2019 [ECF No. 1], and the Motion to Stay seeks a protective order staying all discovery pending the resolution of Defendants' Motion to Dismiss. However, after receiving the consent of all Defendants, Plaintiff filed an Amended Complaint on June 5, 2019 [ECF No. 77]. The filing of an amended complaint renders moot the parties' previous pleadings. *See Meterlogic, Inc. v. Copier Solutions, Inc.*, 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting the filing of an amended

complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and *Daubert* motions").  Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    (1)  Defendants' Joint Motion to Dismiss [ECF No. 57] is **DENIED as moot**.

    (2)  Defendants' Joint Motion to Stay [ECF No. 66] is **DENIED as moot**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 11th day of June, 2019.

    **RODOLFO RUIZ**
    **UNITED STATES DISTRICT JUDGE**