UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-60597-GAYLES/Strauss

ROBERT HOSSFELD,

          Plaintiff,

vs.

AMERICAN FINANCIAL SECURITY
LIFE INSURANCE COMPANY, ET AL.,

          Defendants.

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO EXCEED PAGE LIMIT FOR THE MOTION TO DISMISS**

Defendants, Health Insurance Innovations, Inc., Federal Insurance Company, National Congress of Employers, Inc., National Benefit Builders, Inc. American Financial Security Life Insurance Company, Med-Sense Guaranteed Association, Rx Helpline LLC, and Teladoc Health, Inc. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(c)(2), hereby jointly move for the entry of an Order extending the time for Defendants to respond to Plaintiff's Second Amended Complaint [D.E. 140] up to and including June 8, 2020 and to exceed the page limit for a joint motion to dismiss to 30 pages. The grounds in support of this Motion and the reasons why this request for an extension and increase in page limit should be granted are as follows:

1. This is a putative class action for claims asserted under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*.

2. Plaintiff recently filed a 58 page, 196 paragraph Second Amended Complaint against eight separate defendants. [D.E. 140].

3. Due to the nature of the case, coordinating between eight separate defendants and their counsel to file a joint motion, and COVID-19, the Defendants require additional time to file a uniform memorandum of law.

4. Additionally, while the legal arguments are unlikely to vary for the most part, there are certain discussions that will require individual emphasis. Therefore, Defendants request that the page limit for the joint motion to dismiss under Local Rule 7.1(c)(2) be increased to 30 pages.

5. Counsel for Plaintiff has graciously agreed to the extension request and page limit increase request.

6. Federal Rule Civil Procedure 6(b)(1)(A) provides that when an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

7. Thus, there is good cause for the additional time requested and page increase requested, and the extension is not sought to delay the otherwise prompt resolution of this dispute.

WHEREFORE, Defendants, Health Insurance Innovations, Inc., American Financial Security Life Insurance Company, Federal National Insurance, National Congress of Employers, Inc., National Benefit Builders, Inc., Med-Sense Guaranteed Association, Rx Helpline LLC, and Teladoc Health, Inc., respectfully request that this Court enter an Order extending the time for Defendants to respond to the Second Amended Complaint up to and including June 8, 2020, increase the page limit for the joint motion to dismiss to 30 pages, and rendering such other and further relief as may be appropriate.

43918251v1

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

We hereby certify as counsel for the moving parties, that we have conferred with all parties who may be affected by the relief sought in this Motion, as described above, and in a good faith effort to resolve the issues raised in the Motion, and there is no opposition to the relief requested.

Dated: April 21, 2020

By: s/ Zachary Foster
   **Zachary Foster, Esq.**
   Florida Bar No. 111980
   Email: Zachary.foster@quarles.com
   **Gregory T. Everts, Esq.**
   *Admitted Pro Hac Vice*
   Gregory.everts@quarles.com
   QUARLES & BRADY LLP
   101 E. KENNEDY BLVD, SUITE 3400
   TAMPA, FL 33602
   TELEPHONE: (813) 387-0300
   *Attorneys for Defendant, Teladoc Health, Inc.*

By: s/ John McManus
   **John L. McManus, Esq.**
   Florida Bar No. 0119423
   Email: mcmanusj@gtlaw.com
   **Stephanie Peral, Esq.**
   Florida Bar No. 119324
   Email: perals@gtlaw.com
   GREENBERG TRAURIG, P.A.
   333 S.E. 2nd Avenue
   Suite 4400
   Miami, Florida 33131
   Telephone: (305) 579-0500
   *Attorneys for Defendant, American Financial Security Life Insurance Company*

43918251v1

By: s/ John Kelly
   **John P. Kelly, Esq.**
   Florida Bar No. 284289
   SOTO LAW GROUP, P.A.
   2400 E. Commercial Blvd., Suite 400
   Fort Lauderdale, Florida 33308
   Telephone: (954) 567-1776
   Email: john@sotolawgroup.com
   *Attorneys for Defendant, Federal Insurance Company*

By: s/ Dariel Abrahamy
   **Garry W. O'Donnell, Esq.**
   Florida Bar No. 0478148
   **Dariel Abrahamy, Esq.**
   Florida Bar No. 0014901
   GREENSPOON MARDER LLP
   One Boca Place
   2255 Glades Road, Suite 400-E
   Boca Raton, Florida 33431
   Telephone: (561) 994-2212
   Email: garry.odonnell@gmlaw.com
   Email: dariel.abrahamy@gmlaw.com
   *Attorneys for Defendant, Health Insurance Innovations, Inc. and RX Helpline LLC*

By: s/ Michael De Simone
   **Thomas J. Cunningham, Esq.**
   Florida Bar No. 121997
   Email: TCunningham@lockelord.com
   **Michael P. De Simone, Esq.**
   Florida Bar No. 119739
   Email: Michael.DeSimone@lockelord.com
   **Rebecca K. Marine, Esq.**
   Florida Bar No. 1002503
   Email: Rebecca.Marine@lockelord.com
   LOCKE LORD LLP
   777 South Flagler Tower
   West Palm Beach, Florida 33401
   Telephone: (561) 833-7700
   *Attorneys for Defendant, Med-Sense Guaranteed Association*

By: s/ Josef Mysorewala
   **Josef M. Mysorewala, Esq.**
   Florida Bar No. 105425
   LAW OFFICE OF JOSEF M. MYSOREWALA, PLLC
   2000 S. Dixie Hwy, Suite 112
   Miami, FL 33133
   Telephone: (305) 356-1031
   Email: josefm@lawjmm.com
   *Attorneys for Defendant, National Congress of Employers, Inc. and National Benefit Builders, Inc.*

   **Charles J. Messina, Esq.**
   Admitted Pro Hac Vice
   Email: cmessina@genovaburns.com
   GENOVA BURNS LLC
   494 Broad Street
   Newark, New Jersey 07102
   Telephone: (973) 533-0777
   *Attorneys for Defendant, National Congress of Employers, Inc. and National Benefit Builders, Inc.*

43918251v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system on this 21 day of April, 2020, which will generate notification to all counsel of record or pro se parties identified below, thereby notifying all parties of record.

By: s/ Dariel Abrahamy
Dariel Abrahamy, Esq.

43918251v1