UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROBERT HOSSFELD, individually
and on behalf of others similarly situated,

       Plaintiff

v.

AMERICAN FINANCIAL SECURITY
LIFE INSURANCE COMPANY, ET AL,

       Defendants.
_____/

CASE NO. 0:19-cv-60597-DPG

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME AND PAGE LIMITATIONS FOR THEIR REPLY IN SUPPORT OF THEIR JOINT MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, American Financial Security Life Insurance Company, Federal Insurance Company, Health Insurance Innovations, Inc., Med-Sense Guaranteed Association, National Congress of Employers, Inc., National Benefit Builders, Inc., Rx Helpline LLC, and Teledoc Health, Inc. ("Defendants"), by and through their undersigned counsel, hereby move, on an unopposed basis, for an extension of time to file a Reply in support of their Joint Motion to Dismiss Plaintiff's Second Amended Complaint and to extend the page limitations applicable to that Reply. (ECF No. 153). In support thereof, Defendants state as follows:

1. Defendants filed their Joint Motion to Dismiss on June 8, 2020. (ECF 153).

2. Plaintiff filed his Response in Opposition ("Opposition") on September 4, 2020. (ECF No. 173).

3. Defendants' deadline to file their Reply in support of their Joint Motion to Dismiss is therefore September 25, 2020. (ECF No. 172).

4. Due to the need to coordinate the arguments of eight different Defendants, the

1

Defendants need an additional fourteen (14) days within which to file their Reply.

5. There is good cause for the additional time requested, and the extension is not sought to delay the otherwise prompt resolution of this dispute.

6. By leave of Court and with the consent of the Defendants (ECF 167, 172), the Plaintiff's Opposition was forty (40) pages. (ECF 173). The Reply Brief is currently limited to 10 pages. S.D. Fla. L.R. 7.1(c)(2). Due to the need to present the joint arguments of eight (8) parties, the Defendants require leave to file a 25-page Reply. An extension of the page limitations would enable the Defendants to respond to the forty (40) pages of argument raised by the Plaintiff in the Opposition.

**WHEREFORE**, Defendants respectfully request that this Court enter an Order extending the time to file their reply in support of their Joint Motion to Dismiss, extending the page limitations to twenty-five (25) pages, and rendering such other and further relief as may be appropriate. A proposed order is attached hereto as Exhibit A.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

We hereby certify as counsel for the moving parties, that Defendants have conferred with counsel for Plaintiff and that Plaintiff does not oppose the relief requested herein.

Respectfully Submitted,            Dated: September 24, 2020

By: Zachary Foster
**Zachary Foster, Esq.**
Florida Bar No. 111980
Email: Zachary.foster@quarles.com
**Gregory T. Everts, Esq.**
*Admitted Pro Hac Vice*
Gregory.everts@quarles.com
QUARLES & BRADY LLP
101 E. KENNEDY BLVD, SUITE 3400
TAMPA, FL 33602
TELEPHONE: (813) 387-0300
*Attorneys for Defendant, Teledoc Health, Inc.*

By: John L. McManus
**John L. McManus, Esq.**
Florida Bar No. 0119423
Email: mcmanusj@gtlaw.com
**Stephanie Peral, Esq.**
Florida Bar No. 119324
Email: perals@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue
Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
*Attorneys for Defendant, American Financial Security Life Insurance Company*

By: John P. Kelly
**John P. Kelly, Esq.**
Florida Bar No. 284289
SOTO LAW GROUP, P.A.
2400 E. Commercial Blvd., Suite 400
Fort Lauderdale, Florida 33308
Telephone: (954) 567-1776
Email: john@sotolawgroup.com
*Attorneys for Defendant, Federal Insurance Company*

By: Thomas J. Cunningham
**Thomas J. Cunningham, Esq.**
Florida Bar No. 121997
Email: TCunningham@lockelord.com
**Michael P. De Simone, Esq.**
Florida Bar No. 119739
Email: Michael.DeSimone@lockelord.com
**Rebecca K. Marine, Esq.**
Florida Bar No. 1002503
Email: Rebecca.Marine@lockelord.com
LOCKE LORD LLP
777 South Flagler Tower
West Palm Beach, Florida 33401
Telephone: (561) 833-7700
*Attorneys for Defendant, Med-Sense Guaranteed Association*

By: Garry W. O'Donnel
**Garry W. O'Donnell, Esq.**
Florida Bar No. 0478148
GREENSPOON MARDER LLP
One Boca Place
2255 Glades Road, Suite 400-E
Boca Raton, Florida 33431
Telephone: (561) 994-2212
Email: garry.odonnell@gmlaw.com
*Attorneys for Defendant, Health Insurance Innovations, Inc. and RX Helpline LLC*

By: Josef M. Mysorewala
**Josef M. Mysorewala, Esq.**
Florida Bar No. 105425
LAW OFFICE OF JOSEF M. MYSOREWALA, PLLC
770 S Dixie Highway, Suite 113
Miami, Florida 33146
Telephone: (305) 356-1031
Email: josefm@lawjmm.com
*Attorneys for Defendant, National Congress of Employers, Inc. and National Benefit Builders, Inc.*

**Charles J. Messina, Esq.**
*Admitted Pro Hac Vice*
Email: cmessina@genovaburns.com
GENOVA BURNS LLC
494 Broad Street
Newark, New Jersey 07102
Telephone: (973) 533-0777