UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-60597-DPG

ROBERT HOSSFELD, individually
and on behalf of others similarly situated,

    Plaintiff,

v.

AMERICAN FINANCIAL
SECURITY LIFE INSURANCE
COMPANY, et al.,

    Defendants.

_____/

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL JOINT MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, American Financial Security Life Insurance Company, Federal Insurance Company, Health Insurance Innovations, Inc., Med-Sense Guaranteed Association, National Congress of Employers, Inc., National Benefit Builders, Inc., Rx Helpline LLC, and Teledoc Health, Inc. ("Defendants"), by and through their undersigned counsel, hereby move for an extension of time to file a Reply Brief in support of their Supplemental Joint Motion to Dismiss Plaintiff's Second Amended Class Action Complaint (Doc. 178), and in support state as follows:

    1.    On November 13, 2020, Defendants filed their Supplemental Joint Motion to Dismiss Plaintiff's Second Amended Class Action Complaint for Lack of Subject Matter Jurisdiction (Doc. 178).

    2.    On December 4, 2020, Plaintiff filed his Opposition to Defendants' Supplemental Joint Motion to Dismiss (Doc. 181).

3. Defendants' Reply Brief in support of their Supplemental Joint Motion to Dismiss is due Friday, December 11, 2020.

4. Due to the need to coordinate a Joint Brief among six law firms representing eight defendants, as well as pandemic disruption issues, Defendants request an extension of time until Monday, December 21, 2020.

WHEREFORE, Defendants respectfully request that this Court enter an Order extending the time to file their Reply Brief in support of their Joint Supplemental Joint Motion to Dismiss and grant Defendants such further relief as the Court may deem appropriate.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Undersigned counsel for Defendants certify they have conferred with counsel for Plaintiff who has indicated that Plaintiff does not oppose the relief requested herein.

Respectfully submitted this 10th day of December, 2020.

By: */s/ Zachary Foster*
**Zachary Foster, Esq.**
Florida Bar No. 111980
Email: Zachary.foster@quarles.com
**Gregory T. Everts, Esq.**
*Admitted Pro Hac Vice*
Gregory.everts@quarles.com
QUARLES & BRADY LLP
101 E. Kennedy Blvd, Suite 3400
Tampa, fl 33602
Telephone: (813) 387-0300
*Attorneys for Defendant, Teladoc Health, Inc.*

By: */s/ John L. McManus*
**John L. McManus, Esq.**
Florida Bar No. 0119423
Email: mcmanusj@gtlaw.com
**Stephanie Peral, Esq.**
Florida Bar No. 119324
Email: perals@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue
Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
*Attorneys for Defendant, American Financial Security Life Insurance Company*

By: */s/ John P. Kelly*
   **John P. Kelly, Esq.**
   Florida Bar No. 284289
   SOTO LAW GROUP, P.A.
   2400 E. Commercial Blvd., Suite 400
   Fort Lauderdale, Florida 33308
   Telephone: (954) 567-1776
   Email: john@sotolawgroup.com
   *Attorneys for Defendant, Federal*
   *Insurance Company*

By: */s/ Garry W. O'Donnell*
   **Garry W. O'Donnell, Esq.**
   Florida Bar No. 0478148
   **John H. Pelzer, Esq.**
   Florida Bar No. 376647
   GREENSPOON MARDER LLP
   One Boca Place
   2255 Glades Road, Suite 400-E
   Boca Raton, Florida 33431
   Telephone: (561) 994-2212
   Email: garry.odonnell@gmlaw.com
   Email: john.pelzer@gmlaw.com
   *Attorneys for Defendant,*
   *Health Insurance Innovations, Inc. and RX*
   *Helpline LLC*

By: */s/ Thomas J. Cunningham*
   **Thomas J. Cunningham, Esq.**
   Florida Bar No. 121997
   Email: TCunningham@lockelord.com
   **Michael P. De Simone, Esq.**
   Florida Bar No. 119739
   Email: Michael.DeSimone@lockelord.com
   **Rebecca K. Marine, Esq.**
   Florida Bar No. 1002503
   Email: Rebecca.Marine@lockelord.com
   LOCKE LORD LLP
   777 South Flagler Tower
   West Palm Beach, Florida 33401
   Telephone: (561) 833-7700
   *Attorneys for Defendant, Med-Sense*
   *Guaranteed Association*

By: */s/ Josef M. Mysorewala*
   **Josef M. Mysorewala, Esq.**
   Florida Bar No. 105425
   LAW OFFICE OF JOSEF M. MYSOREWALA, PLLC
   770 S Dixie Highway, Suite 113
   Miami, Florida 33146
   Telephone: (305) 356-1031
   Email: josefm@lawjmm.com
   *Attorneys for Defendant,*
   *National Congress of Employers, Inc. and*
   *National Benefit Builders, Inc.*

   **Charles J. Messina, Esq.**
   *Admitted Pro Hac Vice*
   Email: cmessina@genovaburns.com
   GENOVA BURNS LLC
   494 Broad Street
   Newark, New Jersey 07102
   Telephone: (973) 533-0777

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system on this 10th day of December, 2020, which will generate notification to all counsel of record or pro se parties identified below, thereby notifying all parties of record.

By: *John P. Kelly*
**John P. Kelly, Esq.**
Florida Bar No. 284289
SOTO LAW GROUP, P.A.
2400 E. Commercial Blvd., Suite 400
Fort Lauderdale, Florida 33308
Telephone: (954) 567-1776
Email: john@sotolawgroup.com
*Attorneys for Defendant, Federal Insurance Company*