UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-60597-DPG

ROBERT HOSSFELD, individually
and on behalf of others similarly situated,

    Plaintiff,

v.

AMERICAN FINANCIAL
SECURITY LIFE INSURANCE
COMPANY, et al.,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF
DEFENDANTS' SUPPLEMENTAL JOINT MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

THIS MATTER having come before the Court upon Defendants, Health Insurance Innovations, Inc., Federal Insurance Company, National Congress of Employers, Inc., National Benefit Builders, Inc., American Financial Security Life Insurance Company, Med-Sense Guaranteed Association, Rx Helpline LLC, and Teladoc Health, Inc.'s Unopposed Joint Motion for Extension of Time to File Reply Brief in Support of Defendants' Supplement Joint Motion to Dismiss [Doc. 178], and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendants' Unopposed Joint Motion for Extension of Time to File Reply Brief is hereby GRANTED. Defendants shall have through and including December 21, 2020 to file their Reply Brief in Support of their Supplemental Joint Motion to Dismiss Plaintiff's Second Amended Complaint.

**DONE AND ORDERED** in Miami-Dade, Florida, this ____ day of December, 2020.

                                                              _____
                                                              DARRIN P. GAYLES
                                                             UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record