UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-60597-DPG

ROBERT HOSSFELD, individually
and on behalf of others similarly situated,

      *Plaintiff*,

v.

AM. FIN. SEC. LIFE INS. CO., et al.,

      *Defendants*.

_____/

## JOINT MOTION TO STAY PENDING MEDIATION

The parties respectfully request that the Court stay this case until December 20, 2021, pending mediation and, in support thereof, jointly state as follows:

1. The parties have voluntarily agreed to mediate this litigation for purposes of exploring the possibilities for resolution. The parties have booked the first available date the chosen mediator (Hon. Morton Denlow) is available, December 8, 2021.

2. The parties respectfully suggest that a stay of this matter until after mediation will allow them to focus on a potential resolution, will serve the interests of judicial economy, and will not unduly delay this case. Although they cannot foresee the outcome of the mediation, it is expected that a resolution will likely encompass claims against both defendants.

3. The parties thus request and propose that the Court stay the case until December 20, 2021. The parties anticipate that a successful mediation will resolve the entire action.

4. The parties propose filing a status report on about December 17, 2021, to notify the Court of the status of negotiations.

5. A proposed order granting the relief requested is attached as **Exhibit A**.

WHEREFORE, the parties respectfully request that the Court stay this case until December 20, 2021, and direct that the parties file a status report on their progress on December 17, 2021.

Respectfully submitted this 19th day of October, 2021.

By: *Scott D. Owens*
    Scott D. Owens
    Florida Bar No. 597651)
    SCOTT D. OWENS, P.A.
    2750 N. 29th Avenue
    Suite 209A
    Hollywood, FL 33020
    Telephone: (954) 589-0588
    Email: scott@scottdowens.com
--and—
    Alexander H. Burke
    (pro hac vice)
    BURKE LAW OFFICES, LLC
    909 Davis Street
    Suite 500
    Evanston, IL 60201
    Telephone: (312) 729-5288
    Email: aburke@burkelawllc.com

**Attorneys for Plaintiff**

By: *Garry W. O'Donnell*
    Garry W. O'Donnell
    Florida Bar No. 0478148
    Sherine Marder
    Florida Bar No 56268
    Email: garry.odonnell@gmlaw.com
    sherine.marder@gmlaw.com

GREENSPOON MARDER LLP
One Boca Place
2255 Glades Road, Suite 400-E
Boca Raton, Florida 33431
Telephone: (561) 994-2212
Facsimile: 954-333-4069

**Attorneys for Defendant,
Health Insurance Innovations, Inc.**

By: *John L. McManus*
    John L. McManus
    Florida Bar No. 0119423
    Email: mcmanusj@gtlaw.com;
    yeargina@gtlaw.com;
    FLService@gtlaw.com
    GREENBERG TRAURIG, P.A.
    401 East Las Olas Boulevard, Suite 2000
    Fort Lauderdale, Florida 33301
    Telephone: (954) 765-0500
    Facsimile: (954) 765-1477
--and—
By: *Stephanie Peral*
    **Stephanie Peral, Esq.**
    Florida Bar No. 119324
    Email: perals@gtlaw.com;

FLService@gtlaw.com;
collazoe@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500

*Attorneys for Defendant, American Financial Security Life Insurance Company*