UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-60597-DPG

ROBERT HOSSFELD, individually
and on behalf of others similarly situated,

       *Plaintiff*,

v.

AM. FIN. SEC. LIFE INS. CO., et al.,

       *Defendants.*
_____/

## JOINT STATUS REPORT AND MOTION TO LIFT STAY

The parties jointly provide this update to the Court and request that the stay of this matter be lifted.

Pursuant to the Court's October 21, 2021 Order, the case is currently stayed until December 20, 2021, pending Plaintiff Robert Hossfeld's ("Plaintiff") and Defendant Health Insurance Innovations, Inc.'s ("HII") attempts to resolve this action through mediation. Dkt. 220. Plaintiff and HII have been working diligently to determine whether a resolution can be reached for all parties. However, settlement discussions have reached an impasse at this time and, as a consequence, Plaintiff and HII have agreed to cancel the mediation scheduled for December 8, 2021. Accordingly, the parties agree that the stay should be lifted.

WHEREFORE, the parties respectfully request that the Court lift the stay of this case.

Respectfully submitted this 1st day of December, 2021.

By: *s/Scott D. Owens*
    Scott D. Owens
    Florida Bar No. 597651
    Email: scott@scottdowens.com
    SCOTT D. OWENS, P.A.
    2750 N. 29th Avenue
    Suite 209A
    Hollywood, FL 33020
    Telephone: (954) 589-0588
—and—
    Alexander H. Burke
    admitted *pro hac vice*
    Email: aburke@burkelawllc.com
    BURKE LAW OFFICES, LLC
    909 Davis St., Suite 500
    Evanston, IL 60201
    Telephone: (312) 729-5288

***Attorneys for Plaintiff***

By: *s/Garry W. O'Donnell*
    Garry W. O'Donnell
    Florida Bar No. 0478148
    Email: garry.odonnell@gmlaw.com
    Sherine Marder
    Florida Bar No 56268
    Email: sherine.marder@gmlaw.com
    GREENSPOON MARDER LLP
    One Boca Place
    2255 Glades Road, Suite 400-E
    Boca Raton, Florida 33431
    Telephone: (561) 994-2212
    Facsimile: 954-333-4069

***Attorneys for Defendant,***
***Health Insurance Innovations, Inc.***

By: *s/John L. McManus*
    John L. McManus
    Florida Bar No. 0119423
    Email: mcmanusj@gtlaw.com;
    GREENBERG TRAURIG, P.A.
    401 East Las Olas Boulevard, Suite 2000
    Fort Lauderdale, Florida 33301
    Telephone: (954) 765-0500
    Facsimile: (954) 765-1477
—and—
    Stephanie Peral, Esq.
    Florida Bar No. 119324
    Email: perals@gtlaw.com;
    GREENBERG TRAURIG, P.A.
    333 S.E. 2nd Avenue, Suite 4400
    Miami, Florida 33131
    Telephone: (305) 579-0500

***Attorneys for Defendant, American Financial***
***Security Life Insurance Company***

## CERTIFICATE OF SERVICE

      I hereby certify that, on December 1, 2021, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Southern District of Florida using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        *s/Scott D. Owens*
                                        Scott D. Owens, Esq.

*ACTIVE 61379719v1*